UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEEP OCEAN, LLC; FENGLING WANG, <br><br> Plaintiffs, <br><br> v. <br><br> KATHY BARAN, *et al.*, <br><br> Defendants. | CASE NO. 18-cv-00991-MJP <br><br> ORDER HOLDING CASE IN ABEYANCE |

**JOINT STIPULATION**

The parties submit the following stipulation and proposed order to agree and request that this case continued be stayed pending the reopening of Plaintiff's administrative case by U.S. Citizenship and Immigration Services ("USCIS").

By notice dated October 19, 2018, USCIS reopened Plaintiff's administrative case concerning his 2018 Petition for Nonimmigrant Worker (Form I-129) requesting an extension of his L-1A visa. This provided Plaintiff with 30 days to provide additional information to USCIS in support of his petition. At the request of Plaintiff, and to allow for additional time for Plaintiff to provide information/documentation to USCIS in support of his petition, USCIS re-issued a notice on November 18, 2018. Currently,

Plaintiff has until December 16, 2018 to make any submissions. The parties seek a 90-day extension of the abeyance to allow Plaintiff to complete the submission to USCIS, and to allow time for USCIS to review Plaintiff's administrative case with the addition of any new submissions by Plaintiff.

The parties will file a joint status report with the Court no later than February 28, 2019, indicating the status of the case and, if it has not been resolved, proposing the next steps of the case, including a new deadline for Defendants to respond to the Complaint and a briefing schedule.

DATED this 30th day of November, 2018.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

*/s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Email: michelle.lambert@usdoj.gov
*Attorneys for Defendants*


GIBBS HOUSTON PAUW
*/s/ Robert Pauw*
ROBERT PAUW, WSBA #13613
1000 Second Ave., Suite 1600
Seattle, WA 98104
Phone: 206-682-1080
Email: rpauw@ghp-law.net
*Attorney for Plaintiff*

## **ORDER**

The Parties having so stipulated and agreed, it is hereby **SO ORDERED**. The case shall be held in abeyance and all deadlines shall be stayed for 90 days, including Defendants' deadline to respond to the Complaint. The parties shall submit a joint status report to the Court on or before February 28, 2019.

DATED this 4th day of December, 2018.

Marsha J. Pechman
United States District Judge