1

2                                              District Judge Marsha J. Pechman

3

4

5

6

7

8

9                    UNITED STATES DISTRICT COURT FOR THE
10                     WESTERN DISTRICT OF WASHINGTON
                                 AT SEATTLE
11

12

13   DEEP OCEAN, LLC;                    CASE NO.  18-cv-00991-MJP
     FENGLING WANG,
14                                       ORDER HOLDING CASE IN
                                         ABEYANCE
15                   Plaintiffs,

16           v.

17   KATHY BARAN, et al.,

18                   Defendants.

19

20                            **JOINT STIPULATION**

21           The parties submit the following stipulation and proposed order to agree and

22   request that this case continued be stayed for thirty days to allow the reopening of

23   Plaintiff's administrative case by U.S. Citizenship and Immigration Services ("USCIS")

24   to be completed.

25           By notice dated October 19, 2018, USCIS reopened Plaintiff's administrative case

26   concerning his 2018 Petition for Nonimmigrant Worker (Form I-129) requesting an

27   extension of his L-1A visa.  This provided Plaintiff with 30 days to provide additional

28   information to USCIS in support of his petition.  At the request of Plaintiff, and to allow

     for additional time for Plaintiff to provide information/documentation to USCIS in

support of his petition, USCIS re-issued a notice on November 18, 2018. Plaintiff had until December 16, 2018 to make any submissions.

The parties seek a 30-day extension of the abeyance to allow time for USCIS to complete the review Plaintiff's administrative case with the addition of the new submissions by Plaintiff. There is good cause to grant this request as the administrative process may resolve all or some outstanding litigation issues presented in this matter.

The parties will file a joint status report with the Court no later than March 29, 2019, indicating the status of the case and, if it has not been resolved, proposing the next steps of the case, including a new deadline for Defendants to respond to the Complaint and a briefing schedule.

DATED this 28th day of February, 2019.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

*/s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Email: michelle.lambert@usdoj.gov
*Attorneys for Defendants*


GIBBS HOUSTON PAUW
*/s/ Robert Pauw*
ROBERT PAUW, WSBA #13613
1000 Second Ave., Suite 1600
Seattle, WA 98104
Phone: 206-682-1080
Email: rpauw@ghp-law.net
*Attorney for Plaintiff*

JOINT STIPULATION AND PROPOSED MOTION
HOLDING CASE IN ABEYANCE
C18-991 MJP - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970

1

2                                    **<u>ORDER</u>**

3           The Parties having so stipulated and agreed, it is hereby **SO ORDERED**.  The

4
    case shall be held in abeyance and all deadlines shall be stayed for 30 days, including
5
    Defendants' deadline to respond to the Complaint.  The parties shall submit a joint status
6
7   report to the Court on or before March 29, 2019.

8

9   DATED this 4th day of March, 2019.

10

11

12                                         Marsha J. Pechman
13                                         United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28