District Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEEP OCEAN, LLC; FENGLING WANG,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>KATHY BARAN, *et al.*,<br>　　　　　　　　Defendants. | CASE NO. 18-cv-00991-MJP<br><br>STIPULATION AND AGREED ORDER FOR VOLUNTARY DISMISSAL<br><br>Noted for Consideration on:<br>May 13, 2019 |

Plaintiffs and Defendants, through their counsel, hereby STIPULATE, AGREE, AND JOINTLY REQUEST that this case be voluntarily dismissed without prejudice pursuant to Rule 41(a)(1)(A)(ii), with each party to bear their own fees and costs.

DATED this 13th day of May, 2019.

Respectfully submitted,

GIBBS HOUSTON PAUW
*/s/ Robert Pauw*
ROBERT PAUW, WSBA #13613
1000 Second Ave., Suite 1600
Seattle, WA 98104
Phone: 206-682-1080
Email: rpauw@ghp-law.net
*Attorneys for Plaintiffs*

STIPULATION AND AGREED ORDER
FOR VOLUNTARY DISMISSAL
C18-991 MJP - 1

GIBBS HOUSTON PAUW
1000 Second Ave., Suite 1600
Seattle, WA 998104
(206) 682-1080

BRIAN T. MORAN
United States Attorney

/s/ Michelle R. Lambert
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Email: michelle.lambert@usdoj.gov
*Attorneys for Defendants*

## ORDER

The parties having so stipulated, it is hereby ORDERED that this case shall be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear their own fees and costs. The Clerk is directed to mail copies of this Order to all counsel of record.

DATED this 13 day of May, 2019.

_____
DISTRICT JUDGE MARSHA J. PECHMAN
UNITED STATES DISTRICT COURT

STIPULATION AND AGREED ORDER
FOR VOLUNTARY DISMISSAL
C18-991 MJP - 2

GIBBS HOUSTON PAUW
1000 Second Ave., Suite 1600
Seattle, WA 998104
(206) 682-1080